IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) STEVEN FLORES,<br><br>          Plaintiff,<br><br>vs.<br><br>(1) JEANNA WERNER,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)  Case No. CIV-22-581-G<br>)  (formerly Oklahoma County<br>)  Case No. CJ-2022-2755)<br>)<br>) |

## NOTICE OF REMOVAL

Defendant Jeanna Werner ("Defendant") hereby gives notice of the removal of this action from the District Court of Oklahoma County, State of Oklahoma, styled *Steven Flores v. Jeanna Werner,* Case No. CJ-2022-2755, to the United States District Court for the Western District of Oklahoma.[1] In support of this Notice, Defendant sets forth as follows:

    1.    On June 13, 2022 Plaintiff Steven Flores ("Plaintiff") filed a Petition against Defendant in the District Court of Oklahoma County, State of Oklahoma. A copy of the Petition is attached as Exhibit "1." *See* 28 U.S.C. § 1446(a). On July 8, 2022 Plaintiff filed a Return of Service, showing the Defendant was served in Glastonbury, Connecticut with Summons on June 27, 2022. A copy of the Return of Service is attached hereto as Exhibit

---

[1] No admission of fact, law or liability is intended by this Notice of Removal, and Defendant expressly reserves all defenses, affirmative defenses and motions otherwise available to her.

1

"2." This Notice of Removal is, therefore, timely filed in accordance with 28 U.S.C. § 1446 and Fed.R.Civ.P. 6(a)(1)(C).

2. Plaintiff is a citizen of the State of Oklahoma. *See* Petition, ¶ 1.

3. Defendant is a citizen of the State of Connecticut. *See* Petition, ¶ 2.

4. Federal subject matter jurisdiction in this action exists by reason of diversity of citizenship and an amount in controversy that exceeds the statutory minimum, exclusive of interests and costs, pursuant to 28 U.S.C.A. § 1332(a). Petition, ¶ 27 and "Wherefore" paragraph.

5. The removal of this action is authorized by 28 U.S.C.A. § 1441(a) which allows the removal of any civil action brought in a state court of which the District Courts of the United States have original jurisdiction.

6. A true and correct copy of all process, pleadings and orders served on or by all Defendants are attached hereto as separate exhibits. The exhibits are numbered as follows:

Exhibit "1": Petition;

Exhibit "2": Return of Service showing Summons issued to Defendant; and

Exhibit "3": Entry of Appearance/Joe Carson for Plaintiff

7. Pursuant to LCvR 81.2, a copy of the docket sheet in Case No. CJ-2022-2755 in the District Court of Oklahoma County, State of Oklahoma, is attached hereto at Exhibit "4."

8.  Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be promptly given to all adverse parties herein, and a copy will be filed with the Court Clerk of Oklahoma County District Court, Oklahoma.

## CONCLUSION

As the Court has jurisdiction over this action under 28 U.S.C. §§ 1332, Defendant prays that this Court will assume jurisdiction over this action and make such further orders herein as may be needed to properly resolve this controversy.

Respectfully Submitted,

*s/Matthew C. Kane*
**GERARD F. PIGNATO (OBA NO. 11473)**
**MATTHEW C. KANE (OBA NO. 19502)**
**JOSHUA K. HEFNER (OBA NO. 30870)**

Of the Firm:
**RYAN WHALEY**
400 N. Walnut Ave.
Oklahoma City, OK  73104
Telephone:  (405) 239-6040
Facsimile:  (405) 239-6766
jerry@ryanwhaley.com
mkane@ryanwhaley.com
jhefner@ryanwhaley.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 12, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Joe Carson, OBA No. 19429
WARHAWK LEGAL
127 N.W. 10th St.
Oklahoma City, OK 73103

                                                *s/Matthew C. Kane*
                                                For the Firm