## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) STEVEN FLORES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:22-cv-00581-G |
| | ) | (formerly Oklahoma County |
| (2) JEANNA WERNER, | ) | Case No. CJ-2022-2755) |
| | ) | |
| Defendant. | ) | |

## <u>NOTICE TO INTERESTED PARTIES</u>

TO:    Joe Carson
       Warhawk Legal
       127 N.W. 10th St.
       Oklahoma City, OK 73103

       Rick Warren
       Oklahoma County Court Clerk
       320 Robert S. Kerr Avenue
       409 County Office Building
       Oklahoma City, OK 73102

PLEASE TAKE NOTICE THAT Jeanna Werner, Defendant in the action commenced in the District Court of Oklahoma County, State of Oklahoma, Case No. CJ-2022-2755, has filed Notice of Removal in the Office of the Clerk in the United States District Court for the Western District of Oklahoma, and delivered for filing in the Office of the Court Clerk of Oklahoma County, State of Oklahoma, which has effectuated this Removal under 28 U.S.C. §1446.

Dated on July 12, 2022.

Respectfully Submitted,


 s/Matthew C. Kane
Gerard F. Pignato, OBA No. 11473
Matthew C. Kane, OBA No. 19502
Joshua K. Hefner, OBA No. 30870
RYAN WHALEY
400 North Walnut Avenue
Oklahoma City, Oklahoma 73104
Telephone:    405-239-6040
Facsimile:    405-239-6676
Email: jerry@ryanwhaley.com
          mkane@ryanwhaley.com
          jhefner@ryanwhaley.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice Electronic Filing to the following ECF registrants:

Joe Carson

I hereby certify that on July 13, 2022, I served the same document by hand delivery to the following, who are not registered participants in the ECF system:

Rick Warren
Oklahoma County Court Clerk
320 Robert S. Kerr Avenue
409 County Office Building
Oklahoma City, OK 73102


 s/Matthew C. Kane
For the Firm

# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) STEVEN FLORES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    Case No. <u>CIV-22-581-G</u> |
| | )    (formerly Oklahoma County |
| (1) JEANNA WERNER, | )    Case No. CJ-2022-2755) |
| | ) |
| Defendant. | ) |

## <u>NOTICE OF REMOVAL</u>

Defendant Jeanna Werner ("Defendant") hereby gives notice of the removal of this action from the District Court of Oklahoma County, State of Oklahoma, styled *Steven Flores v. Jeanna Werner,* Case No. CJ-2022-2755, to the United States District Court for the Western District of Oklahoma.[1]  In support of this Notice, Defendant sets forth as follows:

1.     On June 13, 2022 Plaintiff Steven Flores ("Plaintiff") filed a Petition against Defendant in the District Court of Oklahoma County, State of Oklahoma.  A copy of the Petition is attached as Exhibit "1."  *See* 28 U.S.C. § 1446(a).  On July 8, 2022 Plaintiff filed a Return of Service, showing the Defendant was served in Glastonbury, Connecticut with Summons on June 27, 2022.  A copy of the Return of Service is attached hereto as Exhibit

---

[1] No admission of fact, law or liability is intended by this Notice of Removal, and Defendant expressly reserves all defenses, affirmative defenses and motions otherwise available to her.

"2."  This Notice of Removal is, therefore, timely filed in accordance with 28 U.S.C. §

1446 and Fed.R.Civ.P. 6(a)(1)(C).

2.     Plaintiff is a citizen of the State of Oklahoma.  *See* Petition, ¶ 1.

3.     Defendant is a citizen of the State of Connecticut.  *See* Petition, ¶ 2.

4.     Federal subject matter jurisdiction in this action exists by reason of diversity

of citizenship and an amount in controversy that exceeds the statutory minimum, exclusive

of interests and costs, pursuant to 28 U.S.C.A. § 1332(a).  Petition, ¶ 27 and "Wherefore"

paragraph.

5.     The removal of this action is authorized by 28 U.S.C.A. § 1441(a) which

allows the removal of any civil action brought in a state court of which the District Courts

of the United States have original jurisdiction.

6.     A true and correct copy of all process, pleadings and orders served on or by

all Defendants are attached hereto as separate exhibits.  The exhibits are numbered as

follows:

Exhibit "1":  Petition;

Exhibit "2":  Return of Service showing Summons issued to Defendant; and

Exhibit "3":  Entry of Appearance/Joe Carson for Plaintiff

7.     Pursuant to LCvR 81.2, a copy of the docket sheet in Case No. CJ-2022-2755

in the District Court of Oklahoma County, State of Oklahoma, is attached hereto at Exhibit

"4."

8.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be promptly given to all adverse parties herein, and a copy will be filed with the Court Clerk of Oklahoma County District Court, Oklahoma.

## CONCLUSION

As the Court has jurisdiction over this action under 28 U.S.C. §§ 1332, Defendant prays that this Court will assume jurisdiction over this action and make such further orders herein as may be needed to properly resolve this controversy.

Respectfully Submitted,

*s/Matthew C. Kane*
**GERARD F. PIGNATO (OBA NO. 11473)**
**MATTHEW C. KANE (OBA NO. 19502)**
**JOSHUA K. HEFNER (OBA NO. 30870)**

Of the Firm:
**RYAN WHALEY**
400 N. Walnut Ave.
Oklahoma City, OK  73104
Telephone:  (405) 239-6040
Facsimile:  (405) 239-6766
jerry@ryanwhaley.com
mkane@ryanwhaley.com
jhefner@ryanwhaley.com

*Attorneys for Defendant*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Joe Carson, OBA No. 19429
WARHAWK LEGAL
127 N.W. 10th St.
Oklahoma City, OK 73103

*s/Matthew C. Kane*
For the Firm

# EXHIBIT 1

CJ-2022-2755
Timmons

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JUN 1 3 2022

RICK WARREN
COURT CLERK
88_____

| | |
|---|---|
| STEVEN FLORES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| JEANNA WERNER, | ) |
| | ) **CJ - 2022 - 2755** |
| Defendant. | ) |

## PETITION

COMES NOW Plaintiff, Steven Flores, individually (hereinafter Plaintiff) for his cause of action against Defendant, Jeanna Werner (hereinafter Defendant), and states as follows:

## THE PARTIES

1.   Plaintiff was a citizen and resident of Oklahoma County, State of Oklahoma at the time of the collision hereinafter described.

2.   Defendant Jeanna Werner was a resident of Hartford County, State of Connecticut at the time of the collision hereinafter described.

## JURISDICTION AND VENUE

3.   This is an action arising from a motor vehicle collision that occurred in Oklahoma County, Oklahoma.

4.   This Court has jurisdiction over the parties hereto, jurisdiction of the subject matter hereof, and venue is proper.

## THE CAUSE OF ACTION

5.   On February 15, 2022, a motor vehicle collision occurred when Defendant negligently made an improper lane change and drove her vehicle in front of Plaintiff causing the collision. The collision occurred on N.W. 10th Street and Thousand Oaks Dr. in Oklahoma City, Oklahoma.

1

6.      Plaintiff was traveling westbound on N.W. 10th Street when Defendant Jeanna Werner, whom was also traveling westbound on N.W. 10th Street, came in to Plaintiff's lane of travel attempting to make a left-hand turn to travel southbound on Thousand Oaks Drive.

7.      As a result of Defendant's negligent failure to change lanes and/or stay in her lane of travel in a safe manner, Defendant's vehicle collided with Plaintiff's vehicle.

8.      The significant impact from the collision hurt Plaintiff and caused the injuries and damages to Plaintiff that are described below.

9.      At all times Plaintiff was acting in a safe and prudent manner.

## DUTIES OWED BY DEFENDANT

10.      Defendant was required to follow the traffic safety rule of keeping a proper lookout for the safety of Plaintiff and others, both before and at the time of the collision.

11.      Defendant was required to follow the traffic safety rule of keeping her vehicle under proper control for the safety of Plaintiff and others, both before and at the time of the collision.

12.      Defendant was required to follow the traffic safety rule of staying in her lane of travel for the safety of Plaintiff and others, both before and at the time of the collision.

13.      Defendant was required to follow the traffic safety rule of not driving her vehicle in such a manner as to indicate wanton disregard for the safety of Plaintiff and others, both before and at the time of the collision.

14.      Defendant was required to follow the traffic safety rule of using ordinary care for the safety of Plaintiff and others, both before and at the time of the collision.

15.      Defendant was not allowed to endanger Plaintiff or anyone else by violating one or more of the traffic safety rules listed above.

## DUTIES VIOLATED BY DEFENDANT

16.      At the time of the collision, Defendant violated the duty to follow the traffic safety rule of keeping a proper lookout for the safety of Plaintiff and others.

17.      At the time of the collision, Defendant violated the duty to follow the traffic safety rule of keeping her vehicle under proper control for the safety of Plaintiff and others, both before and at the time of the collision.

18.      At the time of the collision, Defendant violated the duty to follow the traffic safety rule of staying in her lane of travel for the safety of Plaintiff and others.

19.     At the time of the collision, Defendant violated the duty to follow the traffic safety rule of not driving her vehicle in such a manner as to indicate wanton disregard for the safety of Plaintiff and others, both before and at the time of the collision.

20.     At the time of the collision, Defendant violated the duty to follow the traffic safety rule of using ordinary care for the safety of Plaintiff and others, both before and at the time of the collision.

21.     At the time of the collision, Defendant endangered Plaintiff and others by failing to follow one or more of the traffic safety rules listed above.

## CAUSATION OF PLAINTIFF'S INJURIES AND DAMAGES

22.     The injuries and damages sustained by the Plaintiff, more particularly described below, were produced in a natural and continuous sequence from Defendant's recklessness and violation of one or more of the above-described independent duties of ordinary care for the safety of Plaintiff.

23.     The injuries and damages sustained by Plaintiff were a probable consequence from Defendant's violation of one or more of the above-described independent duties of ordinary care for the safety of Plaintiff.

24.     Defendant should have foreseen and anticipated that a violation of one or more of the above-described independent duties to use ordinary care would constitute an appreciable risk of harm to others, including Plaintiff.

25.     If Defendant had not violated one or more of the above-described independent duties to use ordinary care for the safety of Plaintiff, then the Plaintiff's injuries and damages would not have occurred.

## COMPENSATORY DAMAGES SUSTAINED BY PLAINTIFF

26.     The injuries and damages sustained by the Plaintiff as a result of Defendant's violations of one or more of the above described safety rules, include but are not limited to the following:

A.      Plaintiff's physical pain and suffering, past and future;

B.      Plaintiff's mental pain and suffering, past and future;

C.      Plaintiff's age;

D.      Plaintiff's physical condition immediately before and after the accident;

E.      The nature and extent of Plaintiff's injuries;

F.      Whether the injuries are permanent;

G.      The physical impairment

3

H.    The disfigurement;

I.    Loss of [earning/time];

J.    Impairment of earning capacity;

K.    The reasonable expenses of the necessary medical care, treatment and services, past and future.

Pursuant to the provisions of 12 O.S. § 3226(B)(2), Plaintiff submits this preliminary computation of damages sought in this lawsuit. As this is an action for injuries suffered by an adult, Plaintiff advises that all damages recoverable by law are sought, including those listed in OUJI 2d 4.1. Under item (K), Plaintiff's medical bills incurred to date are $12,540.26, which amount is subject to increase. At this point, Plaintiff does not know the amount of future medical expenses. These items are among the elements for the jury to consider in fixing the amount of damages to award Plaintiff. Other than the amounts which Plaintiff has specifically identified, and which are capable of being ascertained to some degree of certainty, Plaintiff is unable to guess or speculate as to what amount of damages a jury might award.

## AMOUNT OF DAMAGES

27.    The Plaintiff's injuries and damages are in excess of the amount required for diversity jurisdiction under 28 USC 1332 (currently $75,000.00) plus interest, costs and all such other and further relief which should be awarded as judgment against the Defendants in an amount to fully and fairly compensate Plaintiff for each and every element of damages that has been suffered, including punitive damages.

## RESERVATION OF ADDITIONAL CLAIMS

28.    Plaintiff reserves the right to plead further upon completion of discovery to state additional claims and to name additional parties to this action.

WHEREFORE, Plaintiff, Steven Flores, prays for judgment against the Defendant, Jeanna Werner, in a sum in excess of the amount required for diversity jurisdiction under 28 USC 1332 (currently $75,000.00) plus interest, costs, punitive damages, property damage, and all such other and further relief as to which Plaintiff may be entitled.

4

Respectfully submitted,

WARHAWK LEGAL

Joe Carson, OBA#19429
127 N.W. 10th Street
Oklahoma City, OK 73103
Telephone: (405) 397-1717
Facsimile: (405) 241-5222
E-mail: joe@warhawklegal.com
*Attorney for Plaintiff*

**ATTORNEY LIEN CLAIMED**

# EXHIBIT 2

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JUL - 8 2022

RICK WARREN
COURT CLERK
73

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA**

| | | |
|---|---|---|
| STEVEN FLORES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CJ-2022-2755 |
| | ) | |
| JEANNA WERNER, | ) | |
| | ) | |
| Defendant. | ) | |

## RETURN OF SERVICE

I, Joe Carson, of lawful age, and after being duly sworn upon my oath, state:

That on June 27, 2022, a true and correct copy of *Summons, Petition and Entry of Appearance* were served upon Defendant Jeanna Werner via U.S. Certified Mail, Return Receipt at 295 E. Opal Dr., Glastonbury, CT 06033. The same was received and signed by Defendant as evidenced by the USPS Tracking attached hereto as {Exhibit A}.

Further affiant sayeth naught.

Respectfully submitted,

WARHAWK LEGAL

Joe Carson, OBA#19429
127 N.W. 10th Street
Oklahoma City, OK 73103
Telephone: (405) 397-1717
Facsimile: (405) 241-5222
E-mail: joe@warhawklegal.com
*Attorney for Plaintiff*

# USPS Tracking®

FAQs >

**Track Another Package +**

yyyyy yyyyyyy
yyyy yyy yyy yyy

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=U· psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

---

**Tracking Number:** 70191120000057886081

Remove ✕

Your item was delivered to an individual at the address at 5:23 pm on June 27, 2022 in
GLASTONBURY, CT 06033.

**USPS Tracking Plus® Available** ⌄

## ✓ Delivered, Left with Individual

June 27, 2022 at 5:23 pm
GLASTONBURY, CT 06033

**Get Updates** ⌄

---

| Text & Email Updates | ⌄ |
| --- | --- |

| Tracking History | ⌃ |
| --- | --- |

**June 27, 2022, 5:23 pm**
Delivered, Left with Individual
GLASTONBURY, CT 06033
Your item was delivered to an individual at the address at 5:23 pm on June 27, 2022 in GLASTONBURY,
CT 06033.

**June 25, 2022, 7:36 am**
Out for Delivery
GLASTONBURY, CT 06033



**June 25, 2022, 7:25 am**
Arrived at Post Office
GLASTONBURY, CT 06033

**June 25, 2022, 3:57 am**
Departed USPS Regional Facility
HARTFORD CT DISTRIBUTION CENTER

**June 24, 2022, 2:29 pm**
Arrived at USPS Regional Facility
HARTFORD CT DISTRIBUTION CENTER

**June 23, 2022**
In Transit to Next Facility

**June 22, 2022, 11:50 pm**
Departed USPS Regional Facility
OKLAHOMA CITY OK DISTRIBUTION CENTER

**June 22, 2022, 9:48 pm**
Arrived at USPS Regional Facility
OKLAHOMA CITY OK DISTRIBUTION CENTER

---

**USPS Tracking Plus®**  ⌄

---

**Product Information**  ⌄

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# EXHIBIT 3



*1046831433*

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JUN 1 3 2022

RICK WARREN
COURT CLERK
88_____

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

STEVEN FLORES,                    )
                                  )
           Plaintiff,             )
                                  )          Case No.
v.                                )
                                  )          CJ-2022-2755
JEANNA WERNER,                    )
                                  )
           Defendant.             )

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    I hereby enter my appearance as counsel in this case for Plaintiff, Steven Flores.

    I certify that I am admitted to practice in this Court.

6-6-20
_____
Date

_____
Joe Carson, OBA#19429
Harry "Jake" Kouri IV, OBA #34701
WARHAWK LEGAL
127 N.W. 10th St.
Oklahoma City, OK 73103
Telephone: (405) 397-1717
Facsimile: (405) 241-5222
E-mail: joe@warhawklegal.com
E-mail: jake@warhawklegal.com

1

# EXHIBIT 4

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY</u>, OKLAHOMA

|  |  |
|---|---|
| Steven Flores,<br>        Plaintiff,<br>v.<br>Jeanna Werner,<br>        Defendant. | **No. CJ-2022-2755**<br>**(Civil relief more than $10,000: AUTO NEGLIGENCE)**<br><br>Filed: 06/13/2022<br><br><br>Judge: Timmons, Aletia Haynes |

## PARTIES

Flores,  Steven, Plaintiff
Werner,  Jeanna, Defendant

## ATTORNEYS

**Attorney**
CARSON,  JOE (Bar #19429)
127 NW 10TH STREET
OKLAHOMA CITY, OK 73103

**Represented Parties**
Flores,   Steven

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**     Issue: AUTO NEGLIGENCE (AUTONEG)
          Filed By: Flores, Steven
          Filed Date: 06/13/2022

          **Party Name**               **Disposition Information**
                                        Pending.

## DOCKET

| Date | Code | Description | Party | Count | Amount |
|---|---|---|---|---|---|
| 06-13-2022 | \| TEXT \| | | | #1 | |
| | | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | |
| 06-13-2022 | \| AUTONEG \| | | | | |
| | | AUTO NEGLIGENCE | | | |
| 06-13-2022 | \| DMFE \| | | | | $ 7.00 |
| | | DISPUTE MEDIATION FEE | | | |
| 06-13-2022 | \| PFE1 \| | | | | $ 163.00 |
| | | PETITION | | | |
| 06-13-2022 | \| PFE7 \| | | | | $ 6.00 |
| | | LAW LIBRARY FEE | | | |
| 06-13-2022 | \| OCISR \| | | | | $ 25.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | |
| 06-13-2022 | \| OCJC \| | | | | $ 1.55 |
| | | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | |
| 06-13-2022 | \| OCASA \| | | | | $ 5.00 |
| | | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | |
| 06-13-2022 | \| SSFCHSCPC \| | | | | $ 10.00 |
| | | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 06-13-2022 | \| CCADMINCSF \| | | | | $ 1.00 |
| | | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 06-13-2022 | \| CCADMIN0155 \| | | | | $ 0.16 |
| | | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | |
| 06-13-2022 | \| SJFIS \| | | | | $ 0.45 |
| | | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | |
| 06-13-2022 | \| DCADMIN155 \| | | | | $ 0.23 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | |

| | | |
|---|---|---|
| **06-13-2022** | **DCADMIN05** | | $ 0.75 |
| | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | |

| | | |
|---|---|---|
| **06-13-2022** | **DCADMINCSF** | | $ 1.50 |
| | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | |

| | | |
|---|---|---|
| **06-13-2022** | **CCRMPF** | | $ 10.00 |
| | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | |

| | | |
|---|---|---|
| **06-13-2022** | **CCADMIN04** | | $ 0.50 |
| | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | |

| | | |
|---|---|---|
| **06-13-2022** | **LTF** | | $ 10.00 |
| | LENGTHY TRIAL FUND | |

| | | |
|---|---|---|
| **06-13-2022** | **SMF** | | $ 10.00 |
| | SUMMONS FEE (CLERKS FEE) | |

**06-13-2022** | **P** |
PETITION
Document Available (#1052520802) ☐ TIFF 🔴 PDF

**06-13-2022** | **EAA** |
ENTRY OF APPEARANCE/JOE CARSON ATTY FOR PLAINTIFF
Document Available (#1046831433) ☐ TIFF 🔴 PDF

**06-13-2022** | **TEXT** |
OCIS HAS AUTOMATICALLY ASSIGNED JUDGE TIMMONS, ALETIA HAYNES TO THIS CASE.

**06-13-2022** | **ACCOUNT** |
RECEIPT # 2022-5212741 ON 06/13/2022.
PAYOR: WARHAWK LEGAL TOTAL AMOUNT PAID: $ 252.14.
LINE ITEMS:
CJ-2022-2755: $173.00 ON AC01 CLERK FEES.
CJ-2022-2755: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2022-2755: $1.66 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2022-2755: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2022-2755: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2022-2755: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2022-2755: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2022-2755: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2022-2755: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2022-2755: $10.00 ON AC81 LENGTHY TRIAL FUND.
CJ-2022-2755: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2022-2755: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

**07-08-2022** | **SMS** |
SUMMONS RETURNED, SERVED: 6/27/22 TO JEANNA WERNER BY CERT MAIL
Document Available (#1052845172) ☐ TIFF 🔴 PDF